SCHOENROCK; Respondent v. CITY OF SISSETON, et al., Appellants

(96 N.W.2d 307)

(File No. 9783. Opinion filed May 6, 1959)

**Milton Cameron,** Sisseton, for Defendants-Appellants.

**Wm. J. Holland, Wallace R. Brantseg,** Sisseton, for Plaintiff-Respondent.

PER CURIAM. The record in the above entitled matter not having been settled within the time provided by SDC 33.0741, as amended by rule of this Court dated October 1, 1953, said appeal is deemed abandoned.

The appeal is accordingly dismissed and judgment affirmed.